IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGELA MOYER | ) |
| | ) |
| v. | ) NO. 3-11-0616 |
| | ) JUDGE CAMPBELL |
| CARROLL FULMER HOLDING | ) |
| CORPORATION, et al. | ) |

ORDER

Pending before the Court is Defendants' Motion for Summary Judgment (Docket No. 33). For the reasons stated in the accompanying Memorandum, Defendants' Motion is DENIED.

This action remains set for a pretrial conference on October 12, 2012, and a jury trial on October 23, 2012.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE